0050-1B-EPIF1B-00016615-43454

# United States Bankruptcy Court
FOR THE
Northern District of California
## TRUSTEE'S FINAL REPORT AND ACCOUNT

IN RE: MARTINEZ, MARK  
      MARTINEZ, ANA

CASE NO:  
04-3-0324 SFM13

FOR COMPLETED CASES

    David Burchard, the Chapter 13 Standing Trustee appointed to receive and distribute monies for the above named debtor, now shows to the Court:

    1. The Trustee has received and distributed the monies paid by or for the debtor in accordance with the order of the Court, and has reported the receipts and disbursements, as ordered by the Court.

|  |  | Amount Allowed | Amount Paid |  |
|---|---|---:|---:|---:|
| Claims Filed: | Secured | 53,413.49 | 56,740.75 |  |
|  | Priority | 0.00 | 0.00 |  |
|  | Unsecured | 21,776.24 | 21,776.24 |  |
| Amount paid to creditors under case: |  |  |  | 78,516.99 |
|  |  |  |  |  |
| Trustee Compensation |  |  | 8,799.00 |  |
| Trustee Notice Fees |  |  | 0.00 |  |
| Total Trustee Compensation |  |  |  | 8,799.00 |
|  |  |  |  |  |
| Debtor's Attorney Fee |  |  | 2,450.00 |  |
| Court Notice Fee |  |  | 0.00 |  |
| Other Expenses |  |  | 0.00 |  |
| Professional Fees and Expenses |  |  |  | 2,450.00 |
|  |  |  |  |  |
| Debtor Refunds |  |  |  | 1,314.01 |
|  |  |  |  |  |
| Total Received and Disbursed |  |  |  | 91,080.00 |

I certify I am the Trustee charged with adminstration of the above referenced case and I have reviewed this Final Report and Account and this case has been administered, as above.

DATED: 03/31/2006

                                                          /s/  
                                                David Burchard  
                                                Standing Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 393 Vintage Park Drive, Suite 150, Foster City, California, 94404. I hereby certify that I served the foregoing document by first class U.S. mail, postage prepaid, on the date noted below.

Dated:  04/18/2006                                                                /s/
                                                                                           Arlene Andrada
                                                                                           Closed Case Administrator

ARROW FINANCIAL SERVICES LLC
BANK OF AMERICA 7301 NORTH LINCOLN AVE STE 220 LINCOLNWOOD, IL 60712

CAPITAL ONE BANK
P O BOX 85167 RICHMOND, VA 23285

CRESCENT JEWELERS
BANKRUPTCY RECVEIVABLES MGMT P O BOX 3788 TUSTIN, CA 92781-3788

ECAST SETTLEMENT CORPORATION
P O BOX 7247-6971 PHILADELPHIA, PA 19170-6971

FORD MOTOR CREDIT COMPANY
P O BOX 537901 LIVONIA, MI 48153-7901

FRANCHISE TAX BOARD
P O BOX 2952 SACRAMENTO, CA 95812-2952

HOUSEHOLD BANK
P.O. BOX 60102 CITY OF INDUSTRY, CA 91716-0102

HOUSEHOLD CREDIT SERVICES
P O BOX 5216 CAROL STREAM, IL 60197

HOUSEHOLD FINANCE
59A SERRAMONTE CENTER DALY CITY, CA 94015

MARK & ANA MARTINEZ
231 FOREST VIEW DRIVE SOUTH SAN FRANCISCO, CA 94080

MONGRAM BANK
P O BOX 9001557 LOUISVILLE, KY 90290

MORTOLA AND BRENNER
630 N SAN MATEO DRIVE SAN MATEO, CA 94401

RASH CURTIS AND ASSOCIATES
P O BOX 5790 VACAVILLE, CA 95696-5790

RETAILERS NATIONAL BANK-MERVYNS
% WEINSTEIN TREIGER & RILEY P S 2101 FOURTH AVENUE SUITE 900 SEATTLE, WA 98121

SETON MEDICAL CENTER
P O BOX 61000 LOC 72815 SAN FRANCISCO, CA 94161-2815

SETON MEDICAL CENTER
P O BOX 21000 STOCKTON, CA 95269

SHERMAN ACQUISITION
DBA RESURGENT CAPITAL P O BOX 10587 GREENVILLE, SC 29603-0587

SHERMAN ACQUISITION LP
29125 SOLOAN ROAD SOLOAN, OH 44139

UNITED STATES TREASURY
IRS INSOLVENCY FUNCTION 1301 CLAY STREET, STOP 1400S OAKLAND, CA 94612-5210

VAN RU CREDIT CORPORATION
10024 SKOKIE BLVD STE 2 SKOKIE, IL 60077

WELLS FARGO BANK NEVADA  NA
WELLS FARGO CARD SERVICES P O BOX 9210 DES MOINES, IA 50306

WESTERN DENTAL
2813 MISSION STREET SAN FRANCISCO, CA 94110

WORLD SAVINGS & LOAN ASSOC
P O BOX 659558 SAN ANTONIO, TX 78265